UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES *ex rel.* LARRY HAWKINS, *et al.*,<br><br>    Appellants,<br><br>v.<br><br>MANTECH INTERNATIONAL CORPORATION and MANTECH TELECOMMUNICATIONS AND INFORMATION SYSTEMS CORPORATION,<br><br>    Appellees. | Case No. 25-7143 |

## APPELLEES' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to this Court's September 29, 2025 Order and D.C. Circuit Rule 28(a)(1), Appellees ManTech International Corporation and ManTech Telecommunications and Information Systems Corporation certify as follows:

**A.    PARTIES AND AMICI**

Appellants are individuals Larry Hawkins, William Randall Hayes, Clinton Sawyer, James Locklear, and Kent Nelson, the plaintiffs in the case below. Appellees are ManTech International Corporation and ManTech Telecommunications and Information Systems Corporation, the defendants in the case below. There are no amici curiae currently before this Court and none appeared in the district court.

**B.     RULINGS UNDER REVIEW**

Appellants appeal from the Memorandum Opinion (Dkt. No. 144) and Order (Dkt. No. 143) issued on August 29, 2025 by the Honorable Judge Amy Berman Jackson (D.D.C. Case No. 1:15-cv-02105-ABJ), granting defendants' motion for summary judgment. The Memorandum Opinion is available at 2025 WL 2816890.

**C.     RELATED CASES**

Appellees are aware of one other district court action that relates to this case: *Abernathy, et al. v. The Carlyle Group, Inc., et al.*, No. 1:22-cv-3603-ABJ (D.D.C.). Plaintiffs in that case bring nearly identical claims under the Trafficking Victims Protection Reauthorization Act against Appellees. The district court has stayed the case pending the outcome of this appeal.

Dated: October 29, 2025

Respectfully submitted,

/s/ Roderick L. Thomas
Roderick L. Thomas
Jeremy J. Broggi
P. Nicholas Peterson
**WILEY REIN LLP**
2050 M Street NW
Washington, D.C. 20036
Tel: 202.719.7000
Fax: 202.719.7049
rthomas@wiley.law

*Counsel for Appellees*

## **CERTIFICATE OF SERVICE**

I certify that on this 29th day of October 2025, the foregoing has been served on all other parties through the Court's CM/ECF system.

/s/ Roderick L. Thomas
Roderick L. Thomas